Tom JEFFREY; Traci Jeffrey; Jessica Jeffrey, Plaintiffs–Appellants,

v.

BOARD OF TRUSTEES OF THE BELLS ISD; Don Dexheimer; Randy Workman; E.T. Pettit; Jim Adlof; Brian Haase; Brent Adams; Billy Neal, Jr.; Joe Moore; Ray Smith, Defendants–Appellees.

No. 03–40879.

United States Court of Appeals, Fifth Circuit.

May 7, 2004.

Pamela Ann McGraw, McGraw & Associates, Sherman, TX, for Plaintiffs–Appellants.

Thomas Phillip Brandt, John Francis Roehm, III, Robert Harris Fugate, Fanning, Harper & Martinson, Dallas, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM.*

AFFIRMED. *See* 5th CIR. R. 47.6.